# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

February 7, 2020

**By ECF & Fax**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

**MEMO ENDORSED**

Re: *United States v. Adam Bonano*
13 Cr. 957 (LTS)

Dear Judge Swain:

I write to inform the Court that I will not be prepared to go forward with a hearing on Tuesday, February 11, 2020 regarding Mr. Bonano's alleged Violations of Supervised Release. In the last few days AUSA Wright has sent me various documents re: Mr. Bonano's arrest(s) in Bronx County (one case which is still pending), and at 4:45 PM today he emailed me indicating he has witnesses appearing for that hearing and that a binder is available for pick-up concerning said hearing. I informed Mr. Wright this morning that I will not be able to proceed on Tuesday as I not only have to review the contents of said binder, but must review same with my client and pursue whatever investigation I deem appropriate. In addition, this afternoon I received an addendum from the Probation Department concerning same. As I indicated to Mr. Wright, the conference should be held as scheduled on Tuesday and address whatever issues the Court deems appropriate. I write this letter so as not to inconvenience any civilian witnesses and of course, the Court.

In addition as I inform Mr. Wright, I will be attending Judge Batts' funeral on Monday and do not know if I will be in my office.

Your attention to this matter is appreciated.

Respectfully,

William J. Stampur

*The matter will go forward as a conference on February 11, 2020.*

SO ORDERED:

cc: AUSA Thomas Wright

/s/ 2/7/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

WS/Bonano/Ltr to Jdg/Hearing