# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

## MEMO ENDORSED

March 13, 2020

**By ECF**

Honorable Laura Taylor Swain  
United States District Court Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:   ***United States v. Adam Bonano***  
            13 Cr. 957 (LTS)

Dear Judge Swain:

    I write to respectfully request an adjournment of Mr. Bonano's sentencing now scheduled for March 31, 2020, until April 29, 2020, at 11:30 AM.

    AUSA Thomas Wright consents to this request.

Very truly yours,

*William J. Stampur*  
William J. Stampur

cc:    AUSA Thomas Wright

The foregoing adjournment request is granted.  DE # 154 resolved.

SO ORDERED.  
Dated: 3/16/2020  
/s/Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge

WS/Bonano/Ltr to Judge/Adj. Sent.